IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SUSAN WHITE DOWLING,
WIFE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

CASE NO. 1D17-412

v.

ROBERT JASON DOWLING,
HUSBAND,

Appellee.

_____/

Opinion filed November 6, 2017.

An appeal from the Circuit Court for Nassau County.
Robert M. Foster, Judge.

John N. Bogdanoff, The Carlyle Appellate Law Firm, The Villages, for Appellant.

Beth M. Terry, Law Office of Beth M. Terry, P.A., Jacksonville, for Appellee.

PER CURIAM.

AFFIRMED.

WOLF, OSTERHAUS, and KELSEY, JJ., CONCUR.